# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL KELSCH,

      Plaintiff,

v.

FRANKLIN COLLECTION SERVICE INC.,

      Defendant.

Case No. 2:14-cv-14228
Hon. Judge Victoria A. Roberts
Mag. Judge Michael J. Hluchaniuk

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael Kelsch and Defendant Franklin Collection Service Inc., through their undersigned counsel, stipulate and agree, that the above-captioned action be dismissed with prejudice. The parties further agree that each side shall bear their own attorney's fees and costs.

    IT IS SO ORDERED.

                                          **S/Victoria A. Roberts**
                                          **United States District Judge**

**January 14, 2015**

Stipulated and Agreed: January 9, 2015

/s/ Gary D. Nitzkin (w/consent)  
Gary D. Nitzkin (P41155)  
Attorney for Plaintiff  
Michigan Consumer Credit Lawyers  
22142 W. Nine Mile Rd.  
Southfield, MI 48033  
(248) 353-2882  
gary@micreditlawyer.com

/s/ Charity A. Olson  
Charity A. Olson (P68295)  
Attorney for Defendant  
Olson Law Group  
2723 S. State Street, Suite 150  
Ann Arbor, MI 48104  
(734) 222-5179  
colson@olsonlawpc.com